# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>COPIER COUNTRY NEW YORK LLC and DUMANN REALTY<br><br>    Defendants. | Civil Action No. 8:08-cv-3469-RWT |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[   ] I certify, as party/counsel in this case that

                                                                          (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association,

partnership or other business entity, not a party to the case, has a financial interest in the outcome of

this litigation as defined in Local Rule 103.3 (D. Md.)

[ X ] The following corporate affiliations exist with CoSTAR Group, Inc.:

    CoSTAR Realty Information Group, Inc. is a wholly-owned subsidiary of CoSTAR Group, Inc.

[ X ] The following corporations, unincorporated associations, partnerships or other business

entities which are not parties may have a financial interest in the outcome of this litigation:

    Based on the most recent information available to CoSTAR Group, Inc., the following entities own 10% or more of CoSTAR Group Inc.'s stock: Morgan Stanley, FMR Corporation, and Janus Capital Management LLC.

Dated: December 29, 2008                                      Respectfully submitted,

U.S. District Court (6/13/2003) Disclosure of Corporate Interest

            /s/
Shari Ross Lahlou, Bar. No. 16570
William J. Sauers, Bar No. 17355
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: slahlou@crowell.com
     wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*