• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc., and
CoStar Group, Inc.

**SUMMONS IN A CIVIL CASE**

### V.

Copier Country New York LLC, and
Dumann Realty

CASE      RWI 08 CV 3 469

TO: (Name and address of Defendant)

Copier Country New York LLC
17 Battery Place, Suite 1013
New York, NY 10004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou
William J. Sauers
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC, 20004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE      12\30\08

# UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF  MARYLAND

CoStar Realty Information  Inc., and
CoStar Group, Inc.

V.

Copier Country New York LLC, and
Dumann Realty

**SUMMONS IN A CIVIL CASE**

CASE

RWT 08 CV 3 469

TO: (Name and address of Defendant)
Dumann Realty
235 W. 23rd St., 5th Floor
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Shari Ross Lahlou
William J. Sauers
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC, 20004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to
register to use the electronic filing system can be found
at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

12/30/08

DATE

(By) DEPUTY CLERK