• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoSTar Realty Information, Inc., and
CoStar Group, Inc.

V.

Copier Country New York LLC, and
Dumann Realty

**SUMMONS IN A CIVIL CASE**

CASE  RWT 08 CV 3469

TO: (Name and address of Defendant)

Copier Country New York LLC
17 Battery Place, Suite 1013
New York, NY 10004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou
William J. Sauers
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC, 20004

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

12/30/08
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1-9-09 | 12:21 p.m. |
| NAME OF SERVER (PRINT) Joseph Sanchez #1155200 | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were _____

    G  Returned _____

    G  Other (specify): Served: Copier Country New York, LLC at 17 Battery Place Suite 1013, New York, New York.by personally delivering and leaving the same with "John Doe", the person apprently in charge, at that address.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed    1-15-09
             Date

*Signature of Server*   Joseph Sanchez #1155200
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
-------------------------------------------------------------X
COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

                  Plaintiff(s),

Case No. RWT 08 CV 3469

    -against-

**AFFIDAVIT OF SERVICE**

COPIER COUNTRY NEW YORK, LLC, ET ANO.,
                 Defendant(s).
-------------------------------------------------------------X
STATE OF NEW YORK   )
                     s.s:
COUNTY OF NEW YORK  )

    JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an agent of CAPITOL PROCESS SERVICES, INC., is over the age of eighteen years and is not a party to the action.

    That on the 9th day of January, 2009, at approximately 12:21 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT together with EXHIBIT A; CIVIL COVER SHEET and NOTICE OF ELECTRONIC FILING** upon Copier Country New York, LLC at 17 Battery Place, Suite 1013, New York, New York by personally delivering and leaving the same in the presence of "John Doe", the person apparently in charge of the office.

    "John Doe" is a white male, approximately 45 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 170 pounds, is balding with short light brown and gray hair and brown eyes.

Sworn to before me this
12th day of January, 2009

JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
----------------------------------------------------------------X
COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,
                                      Case No. RWT 08 CV 3469
                    Plaintiff(s),

    -against-                                     **AFFIDAVIT OF**
                                                  **ATTEMPTED SERVICE**

COPIER COUNTRY NEW YORK, LLC, ET ANO.,
                    Defendant(s).
----------------------------------------------------------------X
STATE OF NEW YORK    )
                              s.s:
COUNTY OF NEW YORK  )

      BOBBY ALI, being duly sworn, deposes and says that he is an agent of CAPITOL PROCESS SERVICES, INC., is over the age of eighteen years and is not a party to the action.

      That on the 6th day of January, 2009, at approximately 12:14 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT together with EXHIBIT A; CIVIL COVER SHEET and NOTICE OF ELECTRONIC FILING** upon Copier Country New York, LLC at 17 Battery Place, Suite 1013, New York, New York. The sign on the door of that suite is "UNZ Imaging, LLC/Xerox." I went inside and said that I was looking for Copier Country New York, LLC. The man I asked said that this is the office of Copier Country New York, LLC. When I identified myself as a process server and said that I was there to serve legal papers, I was told that only the owner of Copier Country New York, LLC, ("Sal"), could accept the papers. I asked but no one knew when he would be available to accept service.

Sworn to before me this
12th day of January, 2009

                                                   BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010