AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoSTar Realty Information, Inc., and
CoStar Group, Inc.

V.

Copier Country New York LLC, and
Dumann Realty

**SUMMONS IN A CIVIL CASE**

CASE: RWT 08 CV 3469

TO: (Name and address of Defendant)
Dumann Realty
235 W. 23rd St., 5th Floor
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou
William J. Sauers
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

DATE: 12/30/08

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>January 6, 2009 at 4:39 p.m. |
| NAME OF SERVER (PRINT)<br>Jason Agee | TITLE<br>Process server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

G  Returned _____

_____

G  Other (specify): **by serving Richard Tu, Manager and authorized agent for service. Served at 235 West 23rd Street, 5th Floor, New York, NY.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  **01/15/09**
Date

Signature of Server   Jason Agee
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
-----------------------------------------------------------X
COSTAR REALTY INFORMATION, INC.,
ET ANO.,

                    Plaintiff(s),

Case No. RWT 08-CV-3469

-against-

COPIER COUNTRY NEW YORK, LLC,
ET ANO.,

                    Defendant(s).

**AFFIDAVIT OF SERVICE**

-----------------------------------------------------------X

STATE OF NEW YORK   )
                         s.s :
COUNTY OF NEW YORK  )

      JASON AGEE, being duly sworn, deposes and says that he is an agent of CAPITOL PROCESS SERVICES, is over the age of eighteen years and is not a party to the action.

      That on the 6th day of January, 2009, at approximately 4:39 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT together with EXHIBIT A; CIVIL COVER SHEET and NOTICE OF ELECTRONIC FILING** upon Dumann Realty at 235 West 23rd Street, 5th Floor, New York, New York by personally delivering and leaving the same with Richard Tu, Manager, who is authorized by appointment to accept service.

      Richard Tu is an olive-skinned Asian male, approximately 34 years of age, is approximately 5 feet and 4 inches tall, weighs approximately 140 pounds, with medium length black hair and dark eyes.

Sworn to before me this
8th day of January, 2009

_____
JASON AGEE #1196790

_____
MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010