# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., <br> 2 Bethesda Metro Center, 10th Floor <br> Bethesda, Maryland 20814, <br><br> and <br><br> COSTAR GROUP, INC., <br> 2 Bethesda Metro Center, 10th Floor <br> Bethesda, Maryland 20814, <br><br>        Plaintiffs, <br> v. <br><br> COPIER COUNTRY NEW YORK LLC, <br> 17 Battery Place, Suite 1013 <br> New York, NY 10004,   and <br><br> DUMANN REALTY <br> 235 W. 23rd Street, 5th Floor <br> New York, NY 10011 <br><br>       Defendants. | Civil Action No. RWT 08-CV-3469 |

### UNCONTESTED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS COPIER COUNTRY NEW YORK, LLC AND DUMANN REALTY [LLC] TO ANSWER COMPLAINT

Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar") and Defendants Copier Country New York, LLC and Dumann Realty, [LLC]  (collectively "Defendants") move this Court to enter an Order enlarging the time within which Defendants must respond to CoStar's complaint, through and including March 2, 2009.  As grounds therefore the parties state that they are currently engaged in settlement discussions, and that the parties have made substantial progress in those discussions.  The parties believe that further negotiations may lead to a settlement of this case, which

would relieve the Court and the parties of the burden and expense of litigating this matter. This Court has the authority to grant the relief requested herein pursuant to Rule 6(b), Fed. R. Civ. P. Pursuant to Local Rule 105.9, the undersigned counsel for CoStar represent that they have obtained the consent of counsel for Defendants to file this motion.

Dated: February 9, 2009

Respectfully submitted,

_____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William J. Sauers, Bar No. 17355
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: slahlou@crowell.com
         wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on February 9, 2009:

R. Thomas Radcliffe, Jr. (Bar #4523)
DeHay & Elliston LLP
36 South Charles Street, Ste 1300
Baltimore, Maryland 21201
410-783-7225 (phone)
410-783-7221 (facsimile)
sjp@dehay.com
*Attorneys for Defendants Copier*
*Country New York, LLC and*
*Dumann Realty, [LLC]*

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was sent to the following via electronic mail and first class mail on February 9, 2009:

Philip P. Foote, Esq.
General Counsel
Dumann Realty, LLC
235 West 23rd Street, 5th Floor
New York, NY 10011
Tel: (212) 505-6300 x 238
Fax: (212) 505-6444
Email: pfoote@dumann.com

/s/
William J. Sauers, Bar No. 17355
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: wsauers@crowell.com
*Attorneys for Plaintiffs CoStar*
*Realty Information, Inc. and CoStar*
*Group, Inc.*