# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC.<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COPIER COUNTRY NEW YORK LLC and DUMANN REALTY<br><br>　　　　　　Defendants. | Civil Action No. RWT 08-CV-3469 |

## UNCONTESTED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS COPIER COUNTRY NEW YORK, LLC AND DUMANN REALTY [LLC] TO ANSWER COMPLAINT

Defendants Copier Country New York, LLC and Dumann Realty, [LLC] ("defendants") and plaintiffs Costar Realty Information, Inc., and Costar Group, Inc. ("plaintiffs") move this Court to enter an order enlarging the time within which defendants must respond to plaintiffs' complaint, through and including March 16, 2009. As grounds therefore, the parties state that they are currently engaged in settlement discussions, and that the parties have made substantial progress. Further negotiations may lead to a settlement of this case, relieving the Court and the parties of the burden and expense of litigating this matter. This Court has the authority to grant the relief requested herein pursuant to Rule 6(b), Fed. R. Civ. P. Pursuant to Local Rule 105.9, the undersigned counsel for

defendants represent that they have obtained the consent of counsel for plaintiffs to file this motion.

Respectfully submitted,
**DEHAY & ELLISTON, LLP**

By: /s/ R. Thomas Radcliffe, Jr.
R. Thomas Radcliffe, Jr. (Bar #4523)
DeHay & Elliston LLP
36 South Charles Street, Ste 1300
Baltimore, Maryland 21201
410 783 7225 telephone
410 783 7221 facsimile
rtr@dehay.com

*Attorneys for Defendants Copier Country New York, LLC and Dumann Realty, [LLC]*

**OF COUNSEL:**

**LAW OFFICE OF PHILIP P. FOOTE**
Philip P. Foote, Esq.
235 West 23rd Street, Fifth Floor
New York, NY 10011
Tel: (212) 505-6300 ext. 238
Fax: (212) 505-6444
Email: pfoote@philipfootelaw.com

### CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on February 26, 2009:

CROWELL & MORING LLP

Shari Ross Lahlou, Bar No. 16570
William J. Sauers, Bar No. 17355
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Tel:   (202) 624-2500
Fax:   (202) 628-5116
Email: slahlou@crowell.com
       wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was sent to the following via electronic mail and first class mail on February 26, 2009:

**LAW OFFICE OF PHILIP P. FOOTE**
Philip P. Foote, Esq.
235 West 23rd Street, Fifth Floor
New York, NY 10011
Tel:   (212) 505-6300 ext. 238
Fax:   (212) 505-6444
Email: pfoote@philipfootelaw.com

          Respectfully submitted,

          **DEHAY & ELLISTON, LLP**
By: /s/ R. Thomas Radcliffe, Jr.
          R. Thomas Radcliffe, Jr. (Bar #4523)

          *Attorneys for Defendants Copier*
          *Country New York, LLC and*
          *Dumann Realty, [LLC]*