UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COSTAR REALTY INFORMATION,
INC. and COSTAR GROUP, INC.

          Plaintiffs,

v.

COPIER COUNTRY NEW YORK, LLC
and DUMANN REALTY

          Defendants.

Civil Action No. 08-CV-3469-RWT

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL
JURISDICTION, FOR IMPROPER VENUE, AND/OR TO TRANSFER VENUE**

Defendants Copier Country New York, LLC ("Copier) and Dumann Realty, LLC ("Dumann") (collectively "defendants") by and through their undersigned counsel respectfully submit this Motion and Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction pursuant to Rule 12(b)(2), Motion to Dismiss for Improper Venue pursuant Rule 12(b)(3), 28 U.S.C. § 1406 and/or 28 U.S.C. § 1404 to transfer venue.

1

Respectfully submitted,

**DEHAY & ELLISTON, LLP**
*/s /R.  Thomas Radcliffe, Jr.*
R. Thomas Radcliffe, Jr. (Bar #4523)
DeHay & Elliston LLP
36 South Charles Street, Ste 1300
Baltimore, Maryland  21201
410-783-7225 (phone)
410-783-7221 (facsimile)
rtr@dehay.com

*Attorneys for Defendants Copier Country New York, LLC and Dumann Realty, [LLC]*

**CERTIFICATE OF SERVICE**

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on January 22, 2009:

CROWELL & MORING LLP
Shari Ross Lahlou, Bar No. 16570
Willliam J. Sauers, Bar No. 17355
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Tel:	(202) 624-2500
Fax:	(202) 628-5116
Email: slahlou@crowell.com
	wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was sent to the following via electronic mail and first class mail on April 16, 2009:

**LAW OFFICE OF PHILIP P. FOOTE**
Philip P. Foote, Esq.
235 West 23rd Street, Fifth Floor
New York, NY 10011
Tel: (212) 505-6300 ext. 238
Fax: (212) 505-6444
Email: pfoote@philipfootelaw.com

    Respectfully submitted,

    **DEHAY & ELLISTON, LLC**

    */s /R. Thomas Radcliffe, Jr*
    R. Thomas Radcliffe, Jr. (Bar #4523)