UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC.<br><br>     Plaintiffs,<br><br>    v.<br><br>COPIER COUNTRY NEW YORK, LLC and DUMANN REALTY<br><br>     Defendants. | Civil Action No. 08-CV-3469-RWT |

## **LINE**

Defendants Copier Country New York, LLC ("Copier) and Dumann Realty, LLC ("Dumann") (collectively "defendants") inadvertently failed to file the attached Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction with the original Motion to Dismiss, which was filed on April 16, 2009. Please accept the attached filing.

              Respectfully submitted,

              **DEHAY & ELLISTON, LLP**
              */s /R. Thomas Radcliffe, Jr.*
              R. Thomas Radcliffe, Jr. (Bar #4523)
              DeHay & Elliston LLP
              36 South Charles Street, Ste 1300
              Baltimore, Maryland 21201
              410-783-7225 (phone)
              410-783-7221 (facsimile)
              rtr@dehay.com


              *Attorneys for Defendants Copier*
              *Country New York, LLC and*
              *Dumann Realty, [LLC]*

## CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document and the attached Memorandum was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on April 29, 2009:

CROWELL & MORING LLP
Shari Ross Lahlou, Bar No. 16570
Willaim J. Sauers, Bar No. 17355
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Tel:  (202) 624-2500
Fax:  (202) 628-5116
Email: slahlou@crowell.com / wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was sent to the following via electronic mail and first class mail on April 29, 2009:

**LAW OFFICE OF PHILIP P. FOOTE**
Philip P. Foote, Esq.
235 West 23rd Street, Fifth Floor
New York, NY 10011
Tel:  (212) 505-6300 ext. 238
Fax:  (212) 505-6444
Email: pfoote@philipfootelaw.com

                                        Respectfully submitted,

                                        **DEHAY & ELLISTON, LLC**

                                        */s /R. Thomas Radcliffe, Jr*
                                        R. Thomas Radcliffe, Jr. (Bar #4523)