# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC.,<br><br>       Plaintiffs,<br>v.<br><br>COPIER COUNTRY NEW YORK LLC, and DUMANN REALTY<br><br>       Defendants. | Civil Action No. RWT 8:08-cv-3469 |

## AGREED MOTION FOR EXTENSION OF TIME
## FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar") move this Court to enter an order enlarging the time within which CoStar must respond to the motion to dismiss filed by Defendants Copier Country New York, LLC and Dumann Realty, [LLC] (collectively "Defendants") [D.E. 16], by one week, through and including May 11, 2009. As grounds for the extension the parties state that the Defendants' memorandum in support of their motion to dismiss [D.E. 17] was filed 13 days after their motion to dismiss was filed. Defendants inadvertently failed to file their brief contemporaneously with the filing of their motion. [*See* D.E. 17 at 1.] However, Defendants filed the brief after being notified by counsel for CoStar that a brief had not been filed with the motion on April 16. The late filing of the brief did not allow CoStar the number of days ordinarily provided to respond to a motion. Counsel for Defendants offered an extension of time for CoStar to respond, and counsel for CoStar accepted that offer. This Court has the authority to grant the relief requested herein pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. Pursuant to Local Rule

105.9, the undersigned counsel for CoStar represent that they have obtained the consent of counsel for Defendants to file this motion.

Dated: May 4, 2009

Respectfully submitted,

_____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William J. Sauers, Bar No. 17355
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: slahlou@crowell.com
wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on May 4, 2009:

R. Thomas Radcliffe, Jr. (Bar #4523)
DeHay & Elliston LLP
36 South Charles Street, Ste 1300
Baltimore, Maryland 21201
410-783-7225 (phone)
410-783-7221 (facsimile)
rtr@dehay.com

*Attorneys for Defendants Copier
Country New York, LLC and
Dumann Realty, [LLC]*

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was sent to the following via electronic mail and first class mail on May 4, 2009:

Philip P. Foote, Esq.
General Counsel
Dumann Realty, LLC
235 West 23rd Street, 5th Floor
New York, NY 10011
Tel:   (212) 505-6300 x 238
Fax:   (212) 505-6444
Email: pfoote@dumann.com

                                                                          /s/
                                        William J. Sauers, Bar No. 17355
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email: wsauers@crowell.com
*Attorneys for Plaintiffs CoStar
Realty Information, Inc. and CoStar
Group, Inc.*