FILED
LODGED

MAY 0 4 2009

AT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

        Plaintiffs,

v.

COPIER COUNTRY NEW YORK LLC,
and DUMANN REALTY

        Defendants.

Civil Action No. RWT 8:08-cv-3469

**AGREED MOTION FOR EXTENSION OF TIME
FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar") move this Court to enter an order enlarging the time within which CoStar must respond to the motion to dismiss filed by Defendants Copier Country New York, LLC and Dumann Realty, [LLC] (collectively "Defendants") [D.E. 16], by one week, through and including May 11, 2009. As grounds for the extension the parties state that the Defendants' memorandum in support of their motion to dismiss [D.E. 17] was filed 13 days after their motion to dismiss was filed. Defendants inadvertently failed to file their brief contemporaneously with the filing of their motion. [*See* D.E. 17 at 1.] However, Defendants filed the brief after being notified by counsel for CoStar that a brief had not been filed with the motion on April 16. The late filing of the brief did not allow CoStar the number of days ordinarily provided to respond to a motion. Counsel for Defendants offered an extension of time for CoStar to respond, and counsel for CoStar accepted that offer. This Court has the authority to grant the relief requested herein pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. Pursuant to Local Rule

105.9, the undersigned counsel for CoStar represent that they have obtained the consent of counsel for Defendants to file this motion.

Dated: May 4, 2009

Respectfully submitted,

_____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William J. Sauers, Bar No. 17355
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: slahlou@crowell.com
           wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

Motion "GRANTED" this 7th day of May, 2009.

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE