# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc., and  \*
CoStar Group, Inc.
      vs.                      \*      Case No.   8:08-cv-3469-RWT

Copier Country New York, LLC, and   \*
Dumann Realty                 \*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for:

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 1, 2009 | _[signature]_ |
| Date | Signature of Counsel |
| | Sanya Sarich Kerksiek     17636 |
| | Print Name     Bar Number |
| | Crowell & Moring LLP |
| | Firm Name |
| | 1001 Pennsylvania Ave. NW |
| | Address |
| | Washington, DC, 20004 |
| | City/State/Zip |
| | (202) 624-2500 [Direct: (202) 624-2862] |
| | Phone No. |
| | (202) 628-5116 |
| | Fax No. |
| | skerksiek@crowell.com |
| | Email Address |

U.S. District Court (6/14/2005) Entry of Appearance

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on June 1, 2009:

R. Thomas Radcliffe, Jr. (Bar #4523)
DeHay & Elliston LLP
36 South Charles Street, Ste 1300
Baltimore, Maryland 21201
410-783-7225 (phone)
410-783-7221 (facsimile)
rtr@dehay.com

*Attorneys for Defendants Copier*
*Country New York, LLC and*
*Dumann Realty, [LLC]*

I further certify that a true copy of the above document was sent to the following via electronic mail and first class mail on June 1, 2009:

Philip P. Foote, Esq.
General Counsel
Dumann Realty, LLC
235 West 23rd Street, 5th Floor
New York, NY 10011
Tel:     (212) 505-6300 x 238
Fax:    (212) 505-6444
Email: pfoote@dumann.com

        /s/
Sanya Sarich Kerksiek, Bar No. 17636
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email: skerksiek@crowell.com

*Attorneys for Plaintiffs CoStar Realty*
*Information, Inc. and CoStar Group, Inc.*