# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **COSTAR REALTY INFORMATION,** | * |
| **INC. and COSTAR GROUP, INC.,** | * |
| Plaintiffs, | * Case No.: RWT 08cv3469 |
| v. | * |
| **COPIER COUNTRY NEW YORK, LLC** | * |
| **and DUMANN REALTY** | * |
| Defendants, | * |

## **ORDER**

Upon consideration of Defendants' Motion To Dismiss for Lack of Personal Jurisdiction, for Improper Venue, and/or To Transfer Venue [Paper No. 16], and the opposition and reply thereto, it is for the reasons stated in the accompanying Memorandum this 1st day of October, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Motion To Dismiss for Lack of Personal Jurisdiction, for Improper Venue, and/or To Transfer Venue [Paper No. 16] is **DENIED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE