# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COPIER COUNTRY NEW YORK, LLC., and DUMANN REALTY, <br><br> Defendants. | Civil Action No. 8:08-cv-3469-RWT |

## AGREED MOTION TO VACATE INITIAL SCHEDULING ORDER
## AND TO STAY DISCOVERY

Plaintiffs CoStar Realty Information and CoStar Group, Inc. (collectively, "CoStar"), by their attorneys, submit this agreed motion to vacate the initial scheduling order and to stay discovery and other dates in the initial Scheduling Order (D.E. 28) entered in this case.

The Scheduling Order in this case was entered on November 18, 2009. D.E. 28. This motion is timely filed under that Order, which provides a deadline of November 24, 2009, to request modification of the schedule.

On November 19, 2009, counsel for Defendants Copier Country New York LLC and Dumann Realty (collectively, "Defendants") informed CoStar's counsel that he has learned that a conflict of interest has arisen between the Defendants, and that he therefore intends to move to withdraw as counsel for Defendants. Defendant's counsel indicated that he intended to move to withdraw after his clients obtain other counsel and after that counsel have entered their respective appearances for the Defendants.

Discovery cannot proceed effectively unless Defendants, which are both business entities, are represented by counsel who can appropriately act on each Defendant's behalf.[1] Due to the conflict that has arisen between the Defendants, Defendants' current counsel of record will likely not be able to effectively represent its clients in discovery, including but not limited to responding to written discovery requests on each Defendant's behalf and representing each Defendant in its deposition.

The discovery cut-off, as set by the Scheduling Order, is April 1, 2009, which provides approximately four months to complete discovery. The discovery period, which is already relatively short, will likely be truncated by at least several weeks, or even by several months, due to the Defendants' lack of full representation. CoStar's ability to effectively and fully conduct discovery and prepare its case will be prejudiced by this delay, and will be further prejudiced the longer it takes for Defendants to obtain new counsel.

CoStar therefore respectfully requests that the Court enter an Order vacating the initial Scheduling Order and staying discovery until the withdrawal and substitution of Defendants' counsel has taken place. A telephone status conference is set in this case for Wednesday, November 25, 2009 at 4:30 p.m. CoStar is amenable to addressing any additional issues relating to the withdrawal and replacement of Defendants' counsel at that time.

On November 20, 2009, counsel for CoStar met and conferred in good faith with counsel for Defendants, who indicated that Defendants consent to the relief requested herein.

---

[1] Indeed, the Local Rules provide that business entities such as Copier Country LLC and Dumann Realty must appear through counsel. *See* Local Rule 101(1)(a).

2

Dated:  November 20, 2009              Respectfully submitted,


                                       _____/s/_____
                                       Shari Ross Lahlou, Bar. No. 16570
                                       William J. Sauers, Bar No. 17355
                                       Sanya Sarich Kerksiek, Bar No. 17636
                                       Crowell & Moring LLP
                                       1001 Pennsylvania Avenue, N.W.
                                       Washington, D.C. 20004
                                       Telephone:  (202) 624-2500
                                       Facsimile:  (202) 628-5116
                                       Email:  slahlou@crowell.com
                                               wsauers@crowell.com
                                               skerksiek@crowell.com


                                       *Attorneys for Plaintiffs CoStar Realty*
                                       *Information, Inc. and CoStar Group, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on November 20, 2009:

R. Thomas Radcliffe, Jr.
DeHay & Elliston LLP
36 South Charles Street, Ste 1300
Baltimore, Maryland 21201
Telephone:  (410) 783-7225
Facsimile:  (410) 783-7221
rtr@dehay.com

*Attorneys for Defendants Copier*
*Country New York, LLC and*
*Dumann Realty, [LLC]*

      /s/
William J. Sauers, Bar No. 17355
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email: wsauers@crowell.com
*Attorneys for Plaintiffs CoStar*
*Realty Information, Inc. and CoStar*
*Group, Inc.*