# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COPIER COUNTRY NEW YORK LLC and DUMANN REALTY,**<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*  Case No.: RWT 08cv3469<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*** |

## ORDER

Upon consideration of Plaintiffs' Agreed Motion To Vacate Initial Scheduling Order and To Stay Discovery [Paper No. 29], the request appearing reasonable, it is this 24th day of November, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiffs' Agreed Motion To Vacate Initial Scheduling Order and To Stay Discovery [Paper No. 29] is **GRANTED**, and it is further

**ORDERED**, that the scheduling order previously issued on November 18, 2009 [Paper No. 28] is **VACATED**, and it is further

**ORDERED**, that further proceedings are **STAYED** until January 7, 2010, and it is further

**ORDERED**, that the telephone status conference previously scheduled for November 25, 2009, at 4:30 p.m. is **RESCHEDULED** for **January 7, 2010, at 5:00 p.m.**

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE