IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY<br>  INFORMATION, INC., et al. | \*<br>\* |
|     Plaintiffs | \* |
| v. | Case No.: 08-cv-03469-RWT |
| | \* |
| COPIER COUNTRY<br>  NEW YORK, LLC, et al. | \* |
|     Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    Please enter my appearance as counsel in this case for Defendant COPIER COUNTRY NEW YORK, LLC.

    I certify that I am admitted to practice in this court.

Date:  December 7, 2009

                                                   KEITH R. TRUFFER
                                                   Federal Bar No. 01153
                                                   Royston, Mueller, McLean & Reid, LLP
                                                   The Royston Building, Suite 600
                                                   102 W. Pennsylvania Avenue
                                                   Towson, Maryland 21204-4575
                                                   (410) 823-1800 Phone
                                                   (410) 828-8759 Fax
                                                   ktruffer@rmmr.com

ROYSTON, MUELLER,
McLEAN & REID, LLP
SUITE 600
102 W PENN. AVE.
TOWSON, MARYLAND
21204-4575
410-823-1800