# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **COSTAR REALTY INFORMATION,** | * |
| **INC. and COSTAR GROUP, INC.,** | * |
| Plaintiffs, | * |
| v. | * Case No.: RWT 08cv3469 |
| **COPIER COUNTRY NEW YORK LLC** | * |
| **and DUMANN REALTY,** | * |
| Defendants. | * |

## **ORDER**

Having conducted a telephone status conference call on January 7, 2010, it is on this 8th day of January, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that further proceedings are **STAYED** until **January 15, 2010**, at which time the Court will enter a scheduling order, and it is further

**ORDERED**, that a telephone status conference to be initiated by Plaintiff CoStar Realty Information, Inc. is **SCHEDULED** for **January 26, 2010, at 5:00 p.m.**

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE