IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

|  |  |
|---|---|
| COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COPIER COUNTRY NEW YORK, LLC, and DUMANN REALTY,<br><br>Defendants. | Civil Action No. 8:08-cv-3469-RWT |

**JOINT REPORT TO COURT**

In accordance with this Court's Scheduling Order (D.E. 33), counsel for Plaintiffs CoStar Realty Information Group, Inc., and CoStar Group, Inc. ("CoStar"), has conferred with counsel for Defendant Copier Country New York, LLC ("Copier Country") regarding the various issues set forth in the Scheduling Order, and now report as set forth below.[1]

1. <u>Early settlement/ADR</u>:  CoStar and Copier Country request early settlement / ADR.

2. <u>Proceedings Before Magistrate Judge</u>:  Copier Country consents to proceed before a United States Magistrate Judge.  CoStar does not consent to proceed before a United States Magistrate Judge at this time.

3. <u>ESI Conference</u>:  CoStar and Copier Country have discussed the possible need for an ESI

---

[1] Counsel of record for Defendant Dumann Realty has represented that, due to a conflict, he is unable to act on Dumann Realty's behalf.  At the January 26, 2010, telephone status conference counsel of record for Dumann Realty indicated that he would be filing a motion to withdraw shortly.  As of the time of this filing, no new counsel has entered an appearance on behalf of Dumann Realty.  Therefore, this joint report relates only to CoStar and Defendant Copier Country.

conference in this matter in accordance with the Court's proposed protocols.  At this time, it is the preference of all parties that an ESI conference be postponed until such time written discovery commences, and both CoStar and Copier Country reserve the right to make demand for such a conference upon receipt and review of discovery requests and responses.

Dated:  February 2, 2010                              Respectfully submitted,


                                                                    /s/
                                                      Shari Ross Lahlou, Bar. No. 16570
                                                      William J. Sauers, Bar No. 17355
                                                      Sanya Sarich Kerksiek, Bar No. 17636
                                                      Crowell & Moring LLP
                                                      1001 Pennsylvania Avenue, N.W.
                                                      Washington, D.C. 20004
                                                      Telephone:  (202) 624-2500
                                                      Facsimile:  (202) 628-5116
                                                      Email:  slahlou@crowell.com
                                                                    wsauers@crowell.com
                                                                    skerksiek@crowell.com


                                                      *Attorneys for Plaintiffs CoStar Realty
                                                      Information, Inc. and CoStar Group, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronic mail and by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on February 2, 2010:

| | |
|---|---|
| R. Thomas Radcliffe, Jr.<br>DeHay & Elliston LLP<br>36 South Charles Street, Ste 1300<br>Baltimore, Maryland 21201<br>Telephone:  (410) 783-7225<br>Facsimile:  (410) 783-7221<br>rtr@dehay.com<br><br>*Attorney of record for Defendant Dumann Realty, [LLC]* | Keith R. Truffer<br>Royston, Mueller, McLean and Reid LLP<br>102 W. Pennsylvania Avenue<br>Suite 600<br>Towson, Maryland 21204-4575<br>Telephone:  (410) 823-1800<br>Facsimile:  (410) 583-7434<br>ktruffer@rmmr.com<br><br>*Attorney for Defendant Copier Country LLC* |

                    /s/
                 William J. Sauers, Bar No. 17355
                 CROWELL & MORING LLP
                 1001 Pennsylvania Avenue, NW
                 Washington, D.C.  20004-2595
                 Telephone:  (202) 624-2500
                 Facsimile:  (202) 628-5116
                 Email: wsauers@crowell.com

                 *Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*