# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC.<br><br>      Plaintiffs,<br><br>      v.<br><br>DUMANN COUNTRY NEW YORK LLC and DUMANN REALTY<br><br>      Defendants. | Civil Action No. RWT 08-CV-3469 |

## MOTION TO WITHDRAW APPEARANCE
## ON BEHALF OF DUMMANN REALTY LLC

R. Thomas Radcliffe, Jr., attorney for Defendant Dumann Realty, LLC, ("Dumann") pursuant to LOCAL RULE 101(2)(b), moves this Court for an Order withdrawing his appearance in this case on the following grounds:

    1.    R. Thomas Radcliffe and DeHay & Elliston originally were retained in this case to represent Dumman and Copier Country New York LLC ("Copier Country"). At that time, it was represented that there was no conflict between Dumann and Copier Country and that both consented to the representation by Messrs. Radcliffe and Palmer.

    2.    On or about November 4, 2009, Salman Javed of Copier Country informed Mr. Radcliffe that a conflict did exist. By that time, Mr. Radcliffe had already developed an attorney client relationship with both Dumann and Copier

Country. The existence of a conflict of interest in this case required Mr. Radcliffe to withdraw as counsel of record for both parties.

3. DeHay & Elliston advised both Dumman and Copier Country of the requirement that they were required to withdraw as counsel and advised both to retain new counsel for this matter.

4. On December 8, 2009, Copier Country retained new counsel. Contemporaneously with this motion, Mr. Radcliffe has filed a notice of withdrawal as counsel for record for Copier Country.

5. By letters dated and mailed November 6, 2009, January 10, 2010, and January 26, 2010, DeHay & Elliston notified Dumann, in accordance with LOCAL RULE 101(2)(B), of their intention to move this Court for an Order withdrawing their appearance in this case. The letter advised Dumann to have another attorney enter his or her appearance in this case on its behalf. Copies of these letters are available for in camera inspection if required.

6. Mr. Radcliffe And DeHay & Elliston are not aware of any issues that would prevent Dumann from securing new counsel.

WHEREFORE, counsel requests that this Court enter an order that permits R. Thomas Radcliffe, Jr., and DeHay & Elliston, LLP to withdraw as attorneys of record for Defendant Duman Realty, LLC in this case.

**DEHAY & ELLISTON, LLP**

*/s /R.  Thomas Radcliffe, Jr.*
R. Thomas Radcliffe, Jr. (Bar #4523)
DeHay & Elliston LLP
36 South Charles Street, Ste 1300
Baltimore, Maryland  21201
410-783-7225 (phone)
410-783-7221 (facsimile)
tradcliffe@dehay.com

*Attorneys for Dumann Realty, [LLC]*

## CITATION OF POINTS AND AUTHORITIES

LOCAL RULE 101(2)(b)

## **CERTIFICATE OF COUNSEL**

Undersigned counsel certifies that Dumann's last known address is the following:

> Mr. James A. DeFelice
> Dumann Realty
> 235 West 23rd Street, Fifth Floor
> New York, New York 10011

The undersigned counsel further certifies that, in accordance with LOCAL RULE 101(2)(B), Dumann has been notified via letters dated and mailed November 6, 2009, January 10, 2010, and January 26, 2010 that it must have new counsel enter their appearance or be subject to dismissal of its claims and/or the entry of default judgments against it.

                        **DEHAY & ELLISTON, LLP**

                        */s /R. Thomas Radcliffe, Jr*
                        R. Thomas Radcliffe, Jr. (Bar #4523)

## CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on February 16, 2010:

CROWELL & MORING LLP
Shari Ross Lahlou, Bar No. 16570 (slahlou@crowell.com)
William J. Sauers, Bar No. 17355 (wsauers@crowell.com)
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
*Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

ROYSTON, MUELLER, MCLEAN & REID, LLP
Keith Truffer (ktruffer@rmmr.com)
102 West Pennsylvania Avenue, Suite 600
Towson, MD 21204 US
*Attorneys for Defendant Copier Country New York, LLC*

A copy of this motion will be mailed to:

>Mr. James A. DeFelice
>Dumann Realty
>235 West 23rd Street, Fifth Floor
>New York, New York 10011

**DEHAY & ELLISTON, LLP**

*/s /R. Thomas Radcliffe, Jr*
R. Thomas Radcliffe, Jr. (Bar #4523)