FILED
LOGGED _____ ENTERED
_____ RECEIVED

FEB 18 2010

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

COSTAR REALTY INFORMATION,
INC. and COSTAR GROUP, INC.

        Plaintiffs,

      v.

COPIER COUNTRY NEW YORK LLC
and DUMANN REALTY

        Defendants.

Civil Action No. RWT 08-CV-3469

**ORDER STRIKING APPEARANCE OF ATTORNEYS**

The Motion to Withdraw Appearance of R. Thomas Radcliffe, Jr., and DeHay & Elliston, L.L.P., having been considered, it is this 17th day of February, 2010, ORDERED, that the Motion be and hereby is GRANTED, and the appearances of R. Thomas Radcliffe, Jr., and DeHay & Elliston, LLP as attorneys of record for the Defendant Dumann Realty in the above-captioned matter are withdrawn.

_____
Judge

Dockets.Justia.com