# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Lisa Rosenthal, Chief Deputy

Reply to Southern Division Address

February 18, 2010

Dumann Realty
235 West 23rd Street, Fifth Floor
New York, New York 10011

                        Re:    RWT  08  CV  3469
                                  CoStar Realty Information, Inc. et al v.
                                  Copier Country New York LLC et al

Dear Litigant:

This letter is to advise you, in accordance with our Local Rule 101.2 entitled "Withdrawal of Appearance", that it appears from the docket in the above-referenced case that you are without counsel because the Court has permitted your counsel to withdraw.

You are hereby notified that this case will proceed with you acting as your own attorney (*pro se*), unless and until new counsel enters an appearance on your behalf.

Please see the enclosed copy of Local Rule 101.2 for further information.

                                    Sincerely,

                                    Felicia C. Cannon, Clerk


                        By:            */s/*
                                Christina Martin, Deputy Clerk

Enclosure

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**LOCAL RULE 101.2**

2.  **WITHDRAWAL OF APPEARANCE**

   a.  **INDIVIDUALS**

In the case of an individual, appearance of counsel may be withdrawn only with leave of Court and if (1) appearance of other counsel has been entered, or (2) withdrawing counsel files a certificate stating (a) the name and last known address of the client, and (b) that a written notice has been mailed to or otherwise served upon the client at least five days previously advising the client of counsel's proposed withdrawal and notifying the client either to have new counsel enter an appearance or to advise the Clerk that the client will be proceeding without counsel.  If the withdrawal of counsel's appearance is permitted, the Clerk shall notify the party that the party will be deemed to be proceeding *pro se* unless and until new counsel enters an appearance on behalf of the party.

   b.  **PARTIES OTHER THAN INDIVIDUALS**

In the case of any party other than an individual, including corporations, partnerships, unincorporated associations and government entities, appearance of counsel may be withdrawn only with leave of Court and if (1) appearance of other counsel has been entered, or (2) withdrawing counsel files a certificate stating (a) the name and last known address of the client, and (b) that the written notice has been mailed to or otherwise served upon the client at least five days previously advising the client of counsel's proposed withdrawal and notifying it that it must have new counsel enter an appearance or be subject to the dismissal of its claims and/or default judgment on claims against it.  In the event that within thirty days of the filing of the motion to withdraw, new counsel has not entered an appearance, the Court may take such action, if any, that it deems appropriate, including granting the motion to withdraw and dismissing any affirmative claim for relief asserted by the party and/or directing the party to show cause why a default should not be entered on claims asserted against it.