# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND    20770  
301-344-0052

February 18, 2010

James A. DeFelice  
Dumann Realty  
235 West 23rd Street, Fifth Floor  
New York, NY 10011

    Re: *CoStar Realty Information, Inc. et al. v. Copier Country New York LLC et al.*  
      Civil Case No. RWT-08-3469

Dear Sir:

  On February 16, 2010, R. Thomas Radcliffe, Jr., attorney for Defendant Dumann Realty, LLC, moved to withdraw his appearance in this case due to a conflict of interest.  See Paper No. 35.  The Court granted Mr. Radcliffe's motion on February 17, 2010.  See Paper No. 36.  As a result, Defendant Dumann Realty is a corporation currently not represented by counsel in this matter.  Corporations, however, must be represented by counsel before this Court.  See Local Rule 101.a ("All parties other than individuals must be represented by counsel.").  Defendant Dumann Realty is therefore advised to have another attorney enter appearance on its behalf in this case immediately.

               Sincerely,

               /s/  
              Roger W. Titus  
            United States District Judge

Cc:  Clerk of the Court  
    Counsel of Record

    RWT/jad